IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

SANDRA C.L. MANAOIS, et al.,

    Plaintiffs,                No. CIV S-08-2442 JAM GGH PS

  vs.

JANE ROBERTS, et al.,

    Defendants.          <u>ORDER</u>

_____/

        Plaintiffs have requested an extension of time to complete service of process pursuant to the court's order of October 17, 2008.  Good cause appearing, IT IS HEREBY ORDERED that:

        1.  Plaintiffs' request for an extension of time is granted; and

        2.  Plaintiffs are granted sixty days from the date of this order in which to serve process.

DATED: February 24, 2009

                              /s/ Gregory G. Hollows
                              _____
                              UNITED STATES MAGISTRATE JUDGE

GGH:076/Manaois2442.36.wpd

1