JAMES IREIJO, Esq. SBN: 176433
PO Box 576
Cool, CA 95614-0576
Tel: 530-885-4133
Fax: 530-885-1322
email: waikikilawyer@thegrid.net

Attorney For Plaintiffs

SANDRA C.L. MANAOIS,
JERRY W. HILBISH and
ELIZABETH ROBERTS

**FILED**

MAY - 5 2009

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT

SANDRA C.L. MANAOIS, aka
SANDY LANE, et al.,

    Plaintiffs

vs.

PAUL ROBERTS, et al.

    Defendants.

08-CV-02442 JAM GGH

ORDER GRANTING SECOND
EX PARTE MOTION FOR
EXTENSION OF TIME TO
COMPLETE SERVICE OF
PROCESS

    Plaintiffs, through their Counsel, James Ireijo, have requested a second extension of time in which to complete service of process pursuant to the court's order of February 24, 2009. Good cause appearing, IT IS HEREBY ORDERED that:

    1. Plaintiffs' request for a second extension of time is granted, and

    2. Plaintiffs' are granted thirty days from the date of this order in which to serve process.

DATED: may 5, 2009.

GREGORY G. HOLLOWS
UNITED STATES MAGISTRATE JUDGE

Order