IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

SANDRA C.L. MANAOIS, et al.,

      Plaintiffs,                    No. CIV S-08-2442 JAM GGH PS

   vs.

JANE ROBERTS, et al.,

      Defendants.           ORDER

_____/

      On June 9, 2009, defendant Paul Roberts filed an answer through his counsel. As all plaintiffs and at least one defendant are now appearing by counsel, the referral to the magistrate judge is withdrawn. However, the magistrate judge shall continue to perform all duties described in Local Rule 72-302(c)(1)-(20).

      IT IS SO ORDERED.

DATED: June 10, 2009

                                      /s/ Gregory G. Hollows

                                  GREGORY G. HOLLOWS
                                  UNITED STATES MAGISTRATE JUDGE

ggh:076
Manaois2442.reas.wpd

1