1 | JAMES IREIJO, Esq.  SBN: 176433
2 | PO Box 576
  | Cool, CA 95614-0576
  | Tel: 530-885-4133
3 | Fax: 530-885-1322
  | email: waikikilawyer@thegrid.net
4 |
  | Attorney For Plaintiffs
5 |
  | SANDRA C.L. MANAOIS,
6 | JERRY W. HILBISH and
  | ELIZABETH ROBERTS

**FILED**

OCT 2 2009

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
          DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT

| | |
|---|---|
| SANDRA C.L. MANAOIS, aka SANDY LANE, JERRY W. HILBISH, and ELIZABETH ROBERTS,<br><br>          Plaintiffs,<br><br>     vs.<br><br>PAUL ROBERTS, and ERIN ROBERTS,<br>          Defendants. | Case No: 2:08-CV-02442-JAM-GGH<br><br>ORDER DENYING MOTION FOR FOR LEAVE OF COURT BY JAMES IREIJO TO WITHDRAW AS ATTORNEY FOR PLAINTIFFS |

The Motion For Leave Of Court By James Ireijo To Withdraw As Attorney For Plaintiffs came before the Court on September 23, 2009. James Ireijo, appeared, and all Plaintiffs were not present. Attorney David Combellack having filed a "No Position" Response to said Motion filed hereon on or about September 21, 2009, did not appear.

The Court noted that James Ireijo read into the record that he received an email on the morning of September 23, 2009, purportedly from Plaintiff Elizabeth

---
ORDER DENYING MOTION TO
WITHDRAW AS ATTORNEY                    1

Roberts that he was "fired" from the case.

The Court further noted that Plaintiffs had apparently filed a complaint with the California Office of Disciplinary Counsel, and James Ireijo stated that he had not yet received a formal complaint from said ODC.

The Court having read the moving papers to said Motion, and being fully advised in the premises, NOW THEREFORE ORDERS:

1. The Motion is denied without prejudice and can be reheard upon further notice and motion to the Court.

2. Mr. Ireijo is ordered to advise his clients to retain new counsel and/or to seek to attempt to continue his legal representation of Plaintiffs with communication of the Court's concerns in this matter.

3. That Plaintiffs are ordered to appear "live" at the next hearing in this case now scheduled for November 4, 2009 at 9:00 a.m. (The Defendant's Motion For Rule 11 Sanctions).

IT IS SO ORDERED:

DATED: Sacramento, CA, _October 2, 2009_

JUDGE OF THE ABOVE-ENTITLED COURT

ORDER DENYING MOTION TO
WITHDRAW AS ATTORNEY                    2